1  Murray M. Bankhead, Esq. [State Bar No. 94776]
2  BANKHEAD & HOWARD LLP
   402 West Broadway, Suite 650
3  San Diego, California  92101
   Telephone:  (619) 578-0000
4  Telecopier:  (619) 578-0011

5  Attorneys for Defendants
   MIDWAY LAND, LLC
6  and SEA FINANCIAL, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS KOHLER, | CASE NO.  12-cv-0148 JM (DHB) |
| Plaintiff, | |
| vs. | **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES (EXHIBIT LIST)** |
| MIDWAY LAND, LLC; SEA FINANCIAL, INC.; SMART & FINAL STORES LLC dba SMART & FINAL #464; CSK AUTO, INC. dba O'REILLY AUTO PARTS #2941; AARON BROTHERS, INC. dba AARON BORTHERS #35, | Action Filed: January 18, 2012 |
| | Trial Date:  Sept. 28, 2015, 10:00 a.m. |
| | Assigned to: Hon. Jeffrey T. Miller |
| Defendants. | |

Defendants object to Plaintiff's Pre-trial Disclosures (Dkt. #82) as follows:

1.   At the parties meet and confer meeting on August 6, 2015, as revised August 12, 2015, Defendants whittled down Plaintiff's Exhibit No. 1 (photographs) to twenty, of which Defendants have a copy.  Defendants object to many of those photographs on the basis that many appear to show the condition of the parking lot not in its current condition, but a prior condition, and are thus irrelevant to the

1

issue to be tried – i.e. whether the current disabled parking spaces are ADA-compliant. (FRE §§ 401 & 402.) Defendants further respectfully reserve their objections to foundation until time of trial. Depending on what Plaintiff contends these photographs show and who Plaintiff attempts to use to authenticate them, Defendants may object on the basis they proffered evidence lacks foundation and is hearsay. (FRE §§ 602, 801, 805 & 806.)

Plaintiff has identified six (of the 20) photographs that he states were taken July 23, 2015. Defendants object to these photos on the basis that they constitute the results of discovery and testing that occurred after the discovery cut-off date, without notice to Defendants under, or compliance with, FRCP Rule 34(a)(2). Defendants further object on the basis that the July 23, 2015 photos violate the Court's June 26, 2015 Scheduling Order (Dkt. #78), the Court's June 30, 2015 pre-trial Scheduling order (Dkt. # 79, ¶3), and Local Rule 16.1.f.4.a., all prohibiting further discovery. Defendants further respectfully reserve their objections to foundation until time of trial. Depending on what Plaintiff contends these photographs show and who Plaintiff attempts to use to authenticate them, Defendants object on the basis they proffered evidence lacks foundation and is hearsay. (FRE §§ 602, 801, 805 & 806.)

Additionally, to the extent Plaintiff attempts to add more photographs beyond those delivered to Defendants on August 6 & 12, 2015, Defendants object on the basis such additional photographs will violate this Court's June 30, 2015 pre-trial Scheduling order (Dkt. # 79, ¶3), and Local Rule 16.1.f.4.a.

2. Defendants object to Plaintiff's Exhibit No. 3 (building records), copies of which were delivered to Defendants on August 6, 2015. The overwhelming majority of those documents are from the 1950s, 1960s, and 1970s, and are thus irrelevant to the issues in this case. (FRE §§ 401 & 402.) The information

2

*Kohler v. Midway Land, et al*                                                                                   12-cv-0148JM(DHB)
DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES (EXHIBIT LIST)

contained in them is hearsay, and lacks foundation. (FRE §§ 602, 801, 805 & 806.)

   3.    Regarding Plaintiff's Exhibit No. 4 (Edward Goldberg Deposition transcript), Defendants object on the basis that it is impermissible to submit Mr. Goldberg's entire deposition transcript into evidence. Neither Mr. Goldberg nor the company he works for are parties in this case. Only those relevant depositions passages identified by Plaintiff should be admissible, after proper foundation has been laid. Without that designation, Defendants do not know if they have objections, and respectfully reserve their objections (if any) until Plaintiff identifies the passages he intends to introduce at trial.

Dated: August 14, 2015              BANKHEAD & HOWARD LLP

                                          */s/ Murray M. Bankhead*_____
                                            Murray M. Bankhead
                                           Attorneys for Defendants
                        MIDWAY LAND, LLC and SEA FINANCIAL, INC.

3

*Kohler v. Midway Land, et al*                                  12-cv-0148JM(DHB)
DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES (EXHIBIT LIST)

1
2

**CHRIS KOHLER. vs. MIDWAY LAND, LLC, ET AL**
**United States District Court, Southern District Case No. 12 CV 0148 JM DHB**

3

**CERTIFICATE OF SERVICE**

4

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**:

5
6
7
8

The undersigned declares that I am, and was at the time of service of the papers herein referred to, over the age of 18 and not a party to this action. I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is that of BANKHEAD & HOWARD LLP, 402 West Broadway, Suite 650, San Diego, California 92101-8506.

9

On the date below, I served the documents entitled:

10
11

**DEFENDANTS OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES (EXHIBIT LIST)**

12
13
14

with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the filing to the following parties and counsel of record who are registered with the Court's CM/ECF filing System.

15
16
17

Scottlynn J. Hubbard, IV, Esq.
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926
email: usdccentral@hubslaw.com

18
19
20
21

[ XX ] **By Electronic Service via CM/ECF System:** In accordance with the electronic procedures of the Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of the CM/ECF, via electronic service through the CM/ECF System.

22
23

[ XX ] **Federal:** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

24
25

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 14, 2015, at San Diego, California.

26
27

　　　　　　　　　　　　　　　　　　　　*/s/ Murray M. Bankhead*
　　　　　　　　　　　　　　　　　　　　　Murray M. Bankhead

28

4

*Kohler v. Midway Land, et al* 　　　　　　　　　　　　　　　　　　　　　　　　　　12-cv-0148JM(DHB)
DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES (EXHIBIT LIST)